UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sara Aljubory,

        Plaintiff,

CASE NUMBER: 19-13171
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE MORRIS

v.

Commissioner of Social Security,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 12, 2020, Magistrate Judge Morris issued a Report and Recommendation [Doc. 12], recommending that this matter be dismissed with prejudice. Plaintiff did not file objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court adopts the Report and Recommendation.

This matter is **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED**.

                                        s/ Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated:  August 5, 2020